NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**CLAIRE M. FAY, DCB #358218**
Assistant United States Attorney
Claire.Fay@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00520-SI-2 |
| v. | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO ABRAN RAYA LEON PURSUANT TO RULE 48(a), FED. R. CRIM. P.** |
| **ABRAN RAYA LEON,** | |
| Defendant. | |

The United States of America hereby moves the court for an Order pursuant to Rule 48(a), Fed. R. Crim. P., to dismiss without prejudice, Counts 3 and 4 of the Indictment against defendant Abran Raya Leon in the above captioned filed on November 10, 2020.

On August 17, 2023, defendant Raya Leon was convicted of second-degree murder in the July 2021 shooting death of a Clark County, Washington, Sheriff's Deputy. On August 31, 2023, defendant was sentenced to serve 27 years in prison for that murder. Because of the length of defendant Raya Leon's Washington State prison sentence, the government believes it is in the best interests of justice that the Court dismiss without prejudice, the charges of Possession of a

**Government's Motion to Dismiss Indictment as to Abran Raya Leon**        Page 1

Counterfeit Postal Service Arrow Key, in violation of 18 U.S.C. § 1704 (Indictment -- Count 3), and Possession of Stolen Mail, in violation of 18 U.S.C. § 1708 (Indictment -- Count 4), filed against defendant Abran Raya Leon **only**.

Dated: September 18, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Claire M. Fay*
CLAIRE M. FAY, DCB # 358218
Assistant United States Attorney